FAR PIECE

ATTN:

FILED

My legal NAME is Scotty GEORGE Coburn FL.DL# C-165-787-71-456-0 SSA# 2XX-9X-7007 FL. Department of Corrections # H00823 Born Scotty GEORGE Hackle on 16, DEC. 1971 To parents George & Sylvia Maynard Hackle. My Mother divorced and remarried Bobby W. Coburn. @ 1977-79" At which Time my NAME legally Changed From Hackle To Coburn. I AM The Foundation of The Federal Department of LAW Enforcement I License Bond, Found, Fund, And Insure The Entire Criminal Justice System To include The F.D.L.E! I represent (AM The Heir of) SYLVIA P. Coburn, Marion Bell, David Hostetler, Bessie McDowell Pickles, Clarence R. Pickles, Raymond Pickles, Karen E McClure Henrietta "Henric" Mae Hackle, George M. Hackle Marie Massey And Many More!

I AM BARNEY FIFE! (SEE Barney Fife Clause) AKA Scotty George Hackle, Scotty Hackle Coburn (H00823) Scotty George Coburn Scotty George Coburn H00823 (Hackle) Scotty George Coburn H00823 Hackle And Any other Combination or Variation of Those 4 Surnames And The # FL Dept. of Corrections # H00823 There is A picture Attached To That (#H00823) Number

I Am Writing for ONE REASON. To SEE Justice done in The lives of my Children And myself. I AM Sending Copies of This Communique To All Aforementioned NEWS And MEDIA outlets To protect Myself And The American people From Pam Bondi And Her Chicanery!

I Spoke with Mrs. Bondi Last Year At Which Time I "FIRED" Her in Orlando, FL. on The Corner of Orange Ave & Central Blvd In person "Verbally" And via RF Communicators. Mrs. Bondi passed me on the Sidewalk And my Earpiece (Transceiver) rang And announced Pamela Sue Bondis' Presence in my Vacinity At which Time I Scotty George Coburn (H00823 Hackle) FIRED Mrs. Bondi!

# ☀ I Have PERSONAL (RF) Communications TRANSCIEVER ☀
## ☀ EARPIECE ☀

Verbally instructing her To clean out her desk That day! For Insurrection which is Mutiny In My Assets, As I've stated my personal Communication Unit (RF) Announced Mrs. Bonzisi presence In my Vacinity I Have Master Command Communicator For All Law, Secret Service, CIA, Military & Special forces! I Hold The Rights To All Law its practice And Enforcement To include The F.D.L.E. They Have my Credentials And other Neccessary Identification To identify myself As Law Enforcement Commissioner/Personnel And That Enables me To Make Arrests where Warranted. The Hierarchys Mutiny is keeping me Homeless, I'm Not getting my paychecks or Recognition of My Status or Station In florida or The United States As The owner And Commissioner of "All" Law Enforcement I Am Also Central intelligence Agencies Foundation And Have Credentials That were stolen Also! or Kept From Me!

I've written multiple letters And Emails To The F.D.L.E About The Abduction of My Children And Their Being held For Ransom ERIN LAWREN Cohen is Involved Scott McInerney Sent me A Reply Stating That my Complaint of My Children (4) being Abducted, My proprietary Articles Stolen And local Police And Sheriff Refusal To do Anything About it unless I Sign over My Assets Refusing me And 4 Children Equal protection of The Law And bringing About Justice in ourlives but Have Shown Themselves To be directly Involved Scott McInerney & Beverly Cone Told me They would Not Investigate! I want what is Lawfully And Rightfully Mine I Am The Foundation of This Country There is Mutiny Afoot And I won't Have it!

Today is 03/19/2021 You have 10 Business days To 4/2/2021 Turn over my Credentials And Control of my Assets And Turn Yourselves In! My Name is on All licenses And Foundational Articles As I Found, Fund license Bond And Insure The Entire Criminal Justice System

Signed;

NEXT PAGE

19 MAR 2021

I HEREby Do ATTEST under The PeNalty of PaRJury These Statements To be TRuthful To The best of My Knowledge.

SiGNED:

Hoo823

State of Florida
County of Orange
The foregoing instrument was acknowledged before me by means of ☒ physical presence OR ☐ online notarization this 19 day of March, 2021, by Scotty Coburn
_Fondrieta Pittman_
(Signature of Notary Public)

_Fondrieta Pittman_
Print Name of Notary Public
Personally known ☐ OR produced identification ☒
Type of Identification Produced C 165 787 71 456 0

FONDRIETA PITTMAN
MY COMMISSION # HH 084083
EXPIRES: January 30, 2025
Bonded Thru Notary Public Underwriters